# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BILLY EDWARD JOHNSON, | CASE NO. EDCV 06-867 RSWL (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| V. M. ALMAGER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 15, 2011

RONALD S.W. LEW
_____
RONALD S.W. LEW
United States District Judge